**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7615**

———————————

JAMIE ACEVEDO,

                                   Plaintiff - Appellant,

        versus

JAMES S. GILMORE, III, Governor; HARRY L.
CARRICO, Chief Justice, Supreme Court of
Virginia; ROBERT J. STUMP, Judge, Wise County
Circuit Court; FORD C. QUILLEN, Judge, Wise
County Circuit Court; MOSBY G. PERROW, III,
Judge, Lynchburg City Circuit Court; MARK L.
EARLEY, Attorney General; PAMELA A. SARGENT,
Assistant Virginia Attorney General;
CHRISTOPHER G. HILL, Assistant Virginia
Attorney General; ROBERT BAIN SMITH, Assistant
Virginia Attorney General; CLINTON R. SHAW,
JR., Public Defender; B. LEIGH DREWRY, JR.,
Esquire; RONALD J. ANGELONE, Director,
Virginia Department of Corrections; FRED
SCHILLING, Director, Health Services, Virginia
Department of Corrections; J. MICHAEL GAMBLE,
Judge, Amherst County Circuit Court; RICHARD
A. YOUNG, Director, Western Region, Virginia
Department of Corrections; STAN K. YOUNG,
Warden, Wallens Ridge State Prison; B. J.
RAVILEE, Grievance Coordinator, Wallens Ridge
State Prison; GRIEVANCE COORDINATOR RIDER,
Wallens Ridge State Prison; JOHN DOE,
Institutional Investigator, Wallens Ridge
State Prison; CAPTAIN HOCKETT, Wallens Ridge
State Prison; LIEUTENANT MEYER, Wallens Ridge
State Prison; SERGEANT KENDRICK, Wallens Ridge
State Prison; PRISON GUARD GOINS, Wallens
Ridge State Prison; PRISON GUARD KELLY,
Wallens Ridge State Prison; PRISON GUARD
FLEENOR, Wallens Ridge State Prison; PRISON

GUARD SCHLOBOHM, Wallens Ridge State Prison; JOHN DOE, Prison Guard, Wallens Ridge State Prison; JOHN DOE, Prison Guard 2, Wallens Ridge State Prison; JOHN DOE, Prison Guard 3, Wallens Ridge State Prison; PAGE TRUE, Former Warden, Red Onion State Prison; D. A. BRAXTON, Warden, Red Onion State Prison; J. ARMENTROUT, Assistant Warden, Red Onion State Prison; P. SAUL, Grievance Coordinator, Red Onion State Prison; ASSISTANT WARDEN BASS, Red Onion State Prison; VICKI PHIPPS, Red Onion State Prison; DOCTOR OFOHG, Red Onion State Prison; JANE DOE, Registered Nurse, Red Onion State Prison; R. FLEMING, Chief of Security, Red Onion State Prison; CAPTAIN FLEMING, Red Onion State Prison; S. FLEMING, Red Onion State Prison; D. FLEMING, a/k/a Prison Guard Fleming, Red Onion State Prison; SERGEANT O'QUINN, Red Onion State Prison; SERGEANT FANNIN, Red Onion State Prison; GRIEVANCE COORDINATOR SLEENOR, Red Onion State Prison; REGISTERED NURSE STANLEY, Red Onion State Prison; SERGEANT HILLYARD, Red Onion State Prison; PRISON GUARD TILLER, Red Onion State Prison; PRISON GUARD KILBOURNE, Red Onion State Prison; CARL SYKES, Maintenance, Red Onion State Prison; SERGEANT WOODS, Red Onion State Prison; PRISON GUARD DEEL, Red Onion State Prison; PRISON GUARD LARGE, Red Onion State Prison; PRISON GUARD BUSH, Red Onion State Prison; PRISON GUARD COLLINS, Red Onion State Prison; PRISON GUARD ELY, Red Onion State Prison; SERGEANT HEAD, Wallens Ridge State Prison; SERGEANT SHORT, Wallens Ridge State Prison; NURSE STANLEY; CORRECTIONAL OFFICER BROWN; CORRECTIONAL OFFICER STANLEY; CORRECTIONAL OFFICER HAMILTON; CORRECTIONAL OFFICER SALYERS; NURSE THOMAS; NURSE HOBBS; NURSE BALLARD; LIEUTENANT GALLIHAR; VASS; PHYLLIS HOBBS; DIANAH ROSE; TAMMY THOMAS; MARY TAYLOR; KENNETH TAYLOR; LESLIE BAKER; RUVONDA MOOREFIELD; TERRY BROOKS; LISA YATES; DIANNA YATES; KAVEN O'FOGH,

Defendants - Appellees.

2

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-01-752-7)

Submitted: December 19, 2002          Decided: January 7, 2003

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jaime Acevedo, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Frederick A. Rowlett, PENN, STUART & ESKRIDGE, Abingdon, Virginia; John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jaime Acevedo seeks to appeal the district court's order dismissing some claims, denying his motions for default judgment and sanctions, and ruling on other miscellaneous requests relating to his action filed pursuant to 42 U.S.C. § 1983 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Acevedo seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
